FRANZISKA SCHOLZ, Respondent, v. THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants, Impleaded with Another.

(Submitted May 29, 1905; decided June 6, 1905.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 485.)

ANNA SIEGEL, Respondent, v. THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants.

(Submitted May 29, 1905; decided June 6, 1905.)

Motion for reargument denied, with ten dollars costs. (See 173 N. Y. 644.)

FREDERICK CLARKE WITHERS et al., Appellants, v. THE CITY OF NEW YORK, Respondent.

*Withers* v. *City of New York*, 92 App. Div. 147, appeal dismissed. (Argued June 7, 1905; decided June 9, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1904, reversing a judgment in favor of plaintiffs entered upon a verdict and granting a new trial.

*Albert Stickney* and *Ernest F Eidlitz* for appellants.

*John J. Delany*, *Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, HAIGHT and WERNER, JJ. Dissenting. BARTLETT and VANN, JJ.